Decided June 30, 2011

## WYATT ENERGY, INC. *v.* MOTIVA ENTERPRISES, LLC, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 128 Conn. App. 666 (AC 31917/AC 31918), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court applied the proper legal standard in defining the applicable product and geographic markets for the purpose of its antitrust analysis?"

ROGERS, C. J., and EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18811.

*Mark P. Kindall*, in support of the petition.

*Sheila A. Huddleston* and *Paul D. Sanson*, in opposition.

Decided June 30, 2011

## VERNON VASSELL *v.* COMMISSIONER OF CORRECTION

The petitioner Vernon Vassell's petition for certification for appeal from the Appellate Court, 128 Conn. App. 904 (AC 31949), is denied.

*Joseph Visone*, special public defender, in support of the petition.

*Linda Currie-Zeffiro*, assistant state's attorney, in opposition.

Decided June 30, 2011